PROB 12C
(6/16)

Report Date: November 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 16, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob L. Peckham                Case Number: 0980 2:13CR00156-RMP-1

Address of Offender:               Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 17, 2014

Original Offense:     Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 60 months                Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  George Jacobs                    Date Supervision Commenced: July 27, 2018

Defense Attorney:     Federal Defenders Office          Date Supervision Expires: July 26, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Peckham was in direct violation of standard condition 9 by associating with a convicted felon without the undersigned officer's permission.

On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

A Spokane police report (2018-220224677) reflects that on November 11, 2018, Mr. Peckham was the passenger in a car. After the car was pulled over, Mr. Peckham was seen on foot walking away from the car.

Police stopped Mr. Peckham and questioned him in regards to why he got out of the car. Mr. Peckham self-disclosed that he had been drinking and received a ride home from a friend who he knew to be a convicted felon. He reported to the officer that he was on federal probation and was not allowed to be around convicted felons.

Prob12C
Re: Peckham, Jacob L.
November 16, 2018
Page 2

| | |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Peckham was in direct violation of special condition 17, by self-disclosing he used methamphetamine from November 11-14, 2018.

On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

On November 14, 2018, Mr. Peckham was directed to report to the U.S. Probation Office on November 15, 2018, in order to discuss the police contact that occurred on November 11, 2018.

On November 15, 2018, a urine sample was requested from Mr. Peckham and he self-disclosed that it would be positive for methamphetamine and he had been using continuously since November 11, 2018.

Mr. Peckham signed a drug use admission form reflecting that he used methamphetamine.

| | |
|---|---|
| 3 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Peckham was in direct violation of special condition number 18 by self-disclosing he consumed alcohol at a bar on November 10, 2018.

On July 30, 2018, Mr. Peckham was informed of his court ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

A Spokane police report (2018-220224677) reflects that on November 11, 2018, Mr. Peckham self-disclosed that he had been drinking alcohol at a bar the night prior. He informed the officer that he knew he was not supposed to be drinking alcohol because he was on federal supervision. On November 15, 2018, Mr. Peckham signed a alcohol use admission form reflecting he consumed alcohol on November 10, 2018.

| | |
|---|---|
| 4 | **Special Condition #19**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. |

**Supporting Evidence:** Mr. Peckham was in direct violation of special condition number 19 by remaining in an establishment where alcohol is the primary item of sale.

On July 30, 2018, Mr. Peckham was informed of his court-ordered conditions. He was given a copy of his judgment and signed his judgment reflecting he understood his conditions in full.

Prob12C
**Re: Peckham, Jacob L.**
**November 16, 2018**
**Page 3**

Mr. Peckham reported to the U.S. Probation Office on November 15, 2018. During the meeting, he self-disclosed to the undersigned officer that he drove to a "bar" called Big Sky and proceeded to drink alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/16/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/15/2018
Date